# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WENDY S. FIERO, | ) | |
| Plaintiff, | ) | 8:12CV346 |
| V. | ) | |
| CSG SYSTEMS, INC., | ) | ORDER |
| Defendant. | ) | |

This matter is before the Court on R. Evan Jarrold's motion to withdraw as attorney for Defendant CSG Systems, Inc. (filing 25).  Upon the representation that Defendant will remain represented in this case, the motion to withdraw will be granted.

Accordingly,

**IT IS ORDERED:**

1. The Motion to Withdraw as Attorney of Record (filing 25) is granted.

2. The Clerk of Court shall terminate the appearance of R. Evan Jarrold as attorney for Defendant CSG Systems Inc. and shall terminate future notices to R. Evan Jarrold in this action.

**DATED May 7, 2013.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**