# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **WENDY S. FIERO,** | ) | |
| | ) | |
| Plaintiff, | ) | **8:12CV346** |
| | ) | |
| V. | ) | |
| | ) | |
| **CSG SYSTEMS, INC.,** | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |
| | ) | |

Tyler C. Hibler has filed a motion to withdraw as counsel for Defendant CSG Systems, Inc. (filing 28).  Upon the representation that Defendant will continue to be represented in this matter, the motion to withdraw will be granted.

Accordingly,

**IT IS ORDERED:**

1. The Motion to Withdraw as Attorney of Record (filing 28) is granted.

2. The Clerk of Court shall terminate the appearance of Tyler C. Hibler as counsel for Defendant CSG Systems, Inc. and shall terminate future notices to Mr. Hibler in this action.

**DATED May 30, 2013.**

                                    BY THE COURT:

                                    S/ F.A. Gossett
                                    **United States Magistrate Judge**